USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/208

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENKINS,

                Plaintiffs,

   - against -

NYS BANKING,

               Defendants.

07 Civ. 11317 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The action is **stayed** pending mediation before the Pro Se Mediation Panel.

SO ORDERED.

Dated: New York, New York
      January 31, 2008

                              John G. Koeltl
                         United States District Judge

1