```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
RACHEL JENKINS
                                              07 Civ. 11317(JGK)
                Plaintiff,
                                              NOTICE OF APPEARANCE
        -against-

NEW YORK STATE BANKING DEPARTMENT,            Pro se

                Defendant.

------------------------------------X
```

    PLEASE TAKE NOTICE that Defendant, the New York State Banking Department, hereby appears by the undersigned, whose address and telephone number is as set forth below.  This appearance is without prejudice to challenge personal or subject matter jurisdiction in this action or to assert any and all other applicable defenses.

Dated:   New York, New York
         July 14, 2008

                                     ANDREW M. CUOMO
                                     Attorney General of the
                                      State of New York
                                     Attorney for Defendant
                                     By:

                                     /s/ Roberta Martin
                                     Roberta L. Martin (RM-7044)
                                     Assistant Attorney General
                                     120 Broadway
                                     New York, NY 10271
                                     (212) 416-6696


To:  Rachel Jenkins *(Via Federal Express Mail)*
     Plaintiff *Pro se*
     190 Wortman Avenue, Apt. #6D
     Brooklyn, New York 11207